UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 6:12-cv-00617-GKS-DAB

SONJA L. RIGNEY, an individual,
on behalf of herself and others similarly situated,

       Plaintiff,

v.

LIVINGSTON FINANCIAL, LLC,
a foreign limited liability company, and
WILLIAM C. HICKS, an individual,

       Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT LIVINGSTON FINANCIAL, LLC**

I hereby disclose the following Interested Persons and Corporate Disclosure Statement:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

Sonja L. Rigney
Plaintiff's Counsel:
Scott D. Owens, Esq.
SCOTT D. OWENS, P.A.
664 E. Hallandale Beach Blvd.
Hallendale, Florida 33309
Phone:  (954) 589-0588
Fax:  (954) 337-0666
scott@scottowens.com

Livingston Financial, LLC
Defendant's Counsel:
Dale T. Golden, Esq.
GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
Tampa, Florida 33609
Telephone: (813) 251-5500
Facsimile: (813) 251-3675
dgolden@goldenscaz.com

William C. Hicks, Esq.
MESSERLI & KRAMER, P.A.
3033 Campus Drive, Ste. 250
Plymouth, MN 55441
Phone: (763) 548-7926
Fax: (763) 548-7922
whicks@messerlikramer.com

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or if no creditors' committee the 20 largest unsecured creditors):

   None.

4) The name of each individual victim (individual or corporate), including every person who may be entitled to restitution:

   Sonja L. Rigney

5) Check one of the following:

   __X__ a) I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict, or

   _____ b) I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

        Respectfully submitted,

        **GOLDEN & SCAZ, PLLC**
        201 North Armenia Avenue
        Tampa, Florida  33609
        Telephone:  (813) 251-5500
        Facsimile:  (813) 251-3675
        E-mail:  dale.golden@goldenscaz.com

        By:    /s/ Dale T. Golden
               Dale T. Golden, Esquire
               Florida Bar No.: 0094080

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all parties of record, this 24th day of July, 2012.

        /s/ Dale T. Golden
        DALE T. GOLDEN, ESQUIRE
        Florida Bar No. 0094080