UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SONJA L. RIGNEY,

    Plaintiff,

v.                                                Case No: 6:12-cv-617-Orl-37TBS

LIVINGSTON FINANCIAL, LLC,

    Defendant.

## ORDER

Pending before the Court is the parties' Joint Motion for Approval of Class Action Settlement. (Doc. 46). For the reasons that follow, the motion is due to be **DENIED**.

First, the motion does not include a memorandum of law in violation of M.D. Fla. Local Rule 3.01(a).

Second, the parties have not provided any evidence to support their contention that the proposed class should be certified pursuant to Federal Rule of Civil Procedure 23.

Third, the parties have not explicitly addressed the issues of class counsel and class representatives. See In re Checking Account Overdraft Litigation, 725 F.R.D. 654, 659 (S.D. Fla. 2011) ("In deciding whether to provisionally certify a settlement class, a court must consider the same factors that it would consider in connection with a proposed litigation class[.]"); Fed. R. Civ. P. 23(g).

Fourth, the parties have failed to offer any evidence or analysis to cause the Court to believe their proposed settlement is fair and reasonable. Fresco v. Auto Data Direct, Inc., No. 03-61063-CIV, 2007 WL 2330895 *4 (S.D. Fla. May, 14, 2007) ("At the

preliminary-approval step, the Court is required to make a preliminary determination the fairness, reasonableness and adequacy of the settlement terms.  A proposed settlement should be preliminarily approved if it is within the range of possible approval, or in other words if there is probable cause to notify the class of the proposed settlement.") (inner quotations and citations omitted).

Accordingly, the motion is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2013.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record